IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LEE EVERETT NICHOLS,

    Plaintiff,

v.

RICHARD J. WATSON, *et al.*,

    Defendants.

Case No. 3:18-cv-01477-JPG-GCS

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

Magistrate Judge Gilbert C. Sison has issued a Report and Recommendations ("Report") on the defendants' motion for summary judgment on the issue of exhaustion of administrative remedies. (ECF Nos. 26, 29.) The Court may accept, reject, or modify—in whole or in part—the findings or recommendations of the magistrate judge in his Report. FED. R. CIV. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

No party here has filed an objection. The Court has accordingly reviewed the entire file for clear error, yet finds none. For that reason, the Court:

- **ADOPTS** the Report in its entirety (ECF No. 29);
- **GRANTS** the defendants' motion for summary judgment on the issue of exhaustion of administrative remedies (ECF No. 26);
- **DISMISSES** this case **WITHOUT PREJUDICE**; and
- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**

1

**DATED: MAY 17, 2019**

/s/ *J. Phil Gilbert*
**J. PHIL GILBERT
U.S. DISTRICT JUDGE**