# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEE EVERETT NICHOLS,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD J. WATSON, *et al.*,<br><br>    Defendants. | Case No. 3:18-cv-01477-JPG-GCS |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

DATED: May 17, 2019

                                            **MARGARET M. ROBERTIE,**
                                            Clerk of Court

                                            **BY:**    s/Tina Gray
                                                         **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**